UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GAIL CAUDLE and
LOARN LEROY CAUDLE,
JR., her husband

    Plaintiffs,

v.                                         Case No. 3:22-cv-1238-HES-JBT

PENNEY OPCO LLC.,
d/b/a JC Penney at Lake City Mall

    Defendant.
_____/

## O R D E R

This matter is before this Court on the "Stipulated Motion for Dismissal with Prejudice" (Dkt. 26).

Accordingly, it is **ORDERED**:

1. The "Stipulated Motion for Dismissal with Prejudice" (Dkt. 26) is **GRANTED**, and, pursuant to Fed. R. Civ. P. 41, this action is dismissed with prejudice, with each party to bear its own fees and costs; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this 21st day of February, 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Juan Courtney Cunningham, Esq.
Dock A. Blanchard, Esq.
Chase Ellis Hattaway, Esq.
Graham Avery Marcus, Esq.